EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00143 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (18 U.S.C. § 922(g)(3), |
| ) | 19 U.S.C. § 924(C), 21 U.S.C. |
| VLADIMIR DURKIN, ) | § 841(a)(1)(C)) |
| a/k/a Vladimir Durkim ) | |
| Defendant. ) | |

INDICTMENT

Count One

The Grand Jury Charges:

On or about March 19, 2003, in the District of Hawaii the defendant VLADIMIR DURKIN, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts,

isomers or salts of its isomers, a schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)(c)

## Count Two

The Grand Jury Further Charges:

On or about March 19, 2003, in the District of Hawaii, the defendant, VLADIMIR DURKIN, also known as Vladimir Durkim, knowingly carried a firearm to wit, a loaded Smith & Wesson, model 19, .357 caliber revolver in connection with a drug trafficking crime: to wit, possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a schedule II controlled substance, as described in Count One.

All in violation of Title 18, United States Code, Section 924(c).

## Count Three

The Grand Jury Further Charges:

On or about March 19, 2003, in the District of Hawaii, the defendant, VLADIMIR DURKIN, also known as Vladimir Durkim, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm and ammunition, consisting of, a loaded Smith & Wesson, model 19, .357 caliber revolver, and Winchester .357 caliber cartridges.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: March 28, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Durkim;*
"Indictment"