EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00143 SOM |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| VLADIMIR DURKIN, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Counts 1 and 2 of the Indictment against Defendant VLADIMIR DURKIN on the grounds that on October 15, 2003, the government agreed to dismiss said Counts pursuant to the terms of a plea agreement and the Defendant has now plead guilty and been sentencing pursuant to that agreement.

     The defendant is in custody on the dismissed charges listed above.

     DATED: April 22, 2004, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By /s/ Ken Sorenson
> KENNETH M. SORENSON
> Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

**SUSAN OKI MOLLWAY**
_____
SUSAN OKI MOLWAY
United States District Judge

UNITED STATES v. VLADIMIR DURKIN
Cr. No. 03-00143 SOM
"Order for Dismissal"